UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT GOOCH, JR.,

    Plaintiff,

v.

ACCREDITED HOME LENDERS, et al.

    Defendants.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:14-cv-689

## ORDER OF RECUSAL

I must recuse myself under 28 U.S.C. § 455(a) and (b)(5)(i) from further involvement in this case due to a corporate disclosure statement having revealed a conflict. The Clerk's Office shall reassign this case to another district judge in accordance with the approved procedure and assign this judge another case in its stead.

**IT IS SO ORDERED**.

Date:  August 29, 2014

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge