UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT (RAFFAUEL) GOOCH, JR.,

        Plaintiff,

v.

         Case No. 1:14cv689

         HON. ROBERT J. JONKER

ACCREDITED HOME LENDERS;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INCL;
ocwen loan servicing, Llc; SAXON
MORTGAGE SERVICES, INC,

        Defendants.
_____/

**ORDER FOR COMPLIANCE WITH RULES OF CIVIL PROCEDURE**

        Before this Court is a stipulated order dismissing Defendant Mortgage Electronic Registration Systems, Inc. (Docket # 104), filed on February 11, 2016.

        With regard to Voluntary Dismissal of an action, Federal Rules of Civil Procedure 41(a)(1)(A)(ii) states a stipulation of dismissal must be signed by all parties who have appeared. The stipulation submitted does not have all required signatures. Counsel are invited to submit an amended Stipulation for Dismissal of Defendant Mortgage Electronic Registration Systems, Inc. for the Court's approval.

        **IT IS SO ORDERED**.

                              /s/ Robert J. Jonker
                              Robert J. Jonker
                              United States District Judge

Date:  February 16, 2016