UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT (RAFFAUEL) GOOCH, JR.,

       Plaintiff,

vs.

ACCREDITED HOME LENDERS,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., OCWEN
LOAN SERVICING, LLC, SAXON
MORTGAGE SERVICES, INC, et al.,

       Defendants.

Case No. 14-cv-689

Honorable Robert J. Jonker

---

| | |
|---|---|
| Michelle M. McLean (P71393)<br>Christine L. Welton (P77734)<br>Bolhouse, Baar, & Hofstee, P.C.<br>*Counsel for Plaintiff*<br>Grandville State Bank Building<br>3996 Chicago Dr. SW<br>Grandville, MI 49418<br>(616) 531-7711<br>michellem@bolhouselaw.com<br>christinew@bolhouselaw.com | Nasseem S. Ramin (P)<br>Thomas M. Schehr (P54391)<br>Thomas H. Trapnell (P74345)<br>DYKEMA GOSSETT PLLC<br>*Attorneys for Defendants Ocwen Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc.*<br>39577 Woodward Ave., Ste. 300<br>Bloomfield Hills, MI 48304<br>(313) 568-6712<br>tschehr@dykema.com<br>ttrapnell@dykema.com<br><br>Beth A. Norrow (P69237)<br>GREENBERG TRAURIG PA<br>*Attorneys for Defendant Saxon Mortgage Services, Inc.*<br>450 S. Orange Ave., Ste. 650<br>Orlando, FL 32801<br>(407) 420-1000<br>norrowb@gtlaw.com |

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**

Before the Court is an executed Joint Stipulation for Dismissal.  Upon consideration of the Stipulation by the Court, the Stipulation is GRANTED.  All claims by Plaintiff against Defendant, SAXON MORTGAGE SERVICES, INC., are hereby dismissed with prejudice.

Dated: February 29, 2016          /s/ Robert J. Jonker
                                  ROBERT J. JONKER
                                  CHIEF UNITED STATES DISTRICT JUDGE