UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT (RAFFAUEL)
GOOCH, JR.,

      Plaintiff,

v.

ACCREDITED HOME LENDERS,
et al.,

      Defendants.
_____/

CASE NO. 1:14-CV-689

HON. ROBERT J. JONKER

## ORDER

The parties have stipulated to a dismissal with prejudice, in the absence of any objection filed by May 9, 2016 (docket # 110). No objection is on file, and so this matter is DISMISSED WITH PREJUDICE, based on the stipulation of the parties.

IT IS SO ORDERED.

DATED: May 11, 2016

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE